IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| ROY BRADLEY, : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 1:05cv792 |
| vs. : | |
| : | District Judge Susan J. Dlott |
| AETNA LIFE INSURANCE, et. al., : | |
| : | |
| Defendant(s). : | |

ORDER

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Timothy S. Black filed on August 24, 2007(Doc. 28), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired September 14, 2007, hereby ADOPTS said Report and Recommendations.

Accordingly, Defendant Aetna's Motion for Summary Judgement on the Administrative Record is **GRANTED**; Plaintiff's Motion for Judgement as a Matter of Law (Doc. 21) is **DENIED**; and this case is **TERMINATED** off the docket of this Court.

IT IS SO ORDERED.

    s/Susan J. Dlott
Susan J. Dlott
United States District Judge